**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIESTE, LLC, et al., | |
|     Plaintiffs, | No. C 09-04024 JSW |
| v. | |
| HILL REDWOOD DEVELOPMENT, LTD., et al., | **ORDER SETTING BRIEFING SCHEDULE** |
|     Defendants. | |

    This matter is set for a hearing on January 8, 2010 on the motion to dismiss filed by defendants Hill International, Inc. and Redwood Capital Advisors, LLC ("Defendants"). The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than December 14, 2009 and a reply brief, if any, shall be filed by no later than December 21, 2009.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: November 30, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE