IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIESTE, LLC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>HILL REDWOOD DEVELOPMENT, LTD., et al.,<br><br>    Defendants.<br>_____/ | No. C 09-04024 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

This matter is set for a hearing on April 9, 2010 on the motion to dismiss filed by defendants Hill International, Inc. and Redwood Capital Advisors, LLC ("Defendants"). The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than March 16, 2010 and a reply brief, if any, shall be filed by no later than March 23, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: March 2, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE