**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIESTE, LLC, et al., | |
| Plaintiffs, | No. C 09-04024 JSW |
| v. | |
| HILL REDWOOD DEVELOPMENT, LTD., et al., | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Defendants. | |
| _____/ | |

The parties shall participate in a mediation by no later than three weeks after the close of fact discovery. The Court FURTHER ORDERS that the case management conference is CONTINUED to August 27, 2010. The parties shall file an updated case management statement by no later than August 20, 2010.

**IT IS SO ORDERED.**

Dated: May 13, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE