IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIESTE, LLC, ET AL., | No. C-09-04024-DMR |
| Plaintiff, | **ORDER RE PROCEDURES FOR DISCOVERY DISPUTE REGARDING THIRD PARTY SUBPOENA** |
| v. | |
| HILL REDWOOD DEVELOPMENT, ET AL., | |
| Defendant. | |

On June 14, 2010, the office of David Patrick Nemecek, Jr., counsel for Defendants in the above-captioned matter, contacted the Court seeking guidance on the proper procedure for addressing a discovery dispute related to a subpoena and deposition noticed for June 18, 2010. In light of the short time remaining before the scheduled deposition, the Court orders as follows:

Defendants shall file a letter brief laying out the discovery dispute and attaching as an exhibit the subpoena giving rise to this dispute. Defendants' letter brief shall be no longer than two (2) pages, not including the attached exhibit, and shall be filed no later than 5:00 p.m. on June 14, 2010.

Plaintiffs shall respond to Defendants' letter brief with their own letter brief, no longer than two (2) pages. Plaintiffs' letter brief shall be filed no later than 5:00 p.m. on June 15, 2010.

//
//
//

Upon reviewing the parties' letter briefs, the Court may order further briefing or oral argument, may deem the matter submitted on the papers, or may contact the parties with further instructions.

IT IS SO ORDERED.

Dated: June 14, 2010

_____
DONNA M. RYU
United States Magistrate Judge

2