IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIESTE, LLC, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>HILL REDWOOD DEVELOPMENT, LTD., et al.,<br><br>    Defendants.<br>_____/ | No. C 09-04024 JSW<br><br>**ORDER REGARDING MOTION TO EXTEND DEADLINES** |

Defendants and Counterclaimants filed a noticed motion to extend deadlines in this matter. However, a motion to extend or continue dates should be filed as an administrative motion. Therefore, the Court HEREBY STRIKES the noticed motion. The Court FURTHER ORDERS that the parties shall meet and confer in person to address Defendants and Counterclaimants's request to extend deadlines. The Court urges the parties to compromise and work things out on their own, where possible. If, after meeting and conferring in person, the parties are unable to reach an agreement, Defendants and Counterclaimants may file an administrative motion to change deadlines.

**IT IS SO ORDERED.**

Dated: July 19, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE