**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIESTE, LLC, ET AL., | No. C-09-04024-JSW (DMR) |
| Plaintiffs, | **ORDER RE DISCOVERY DISPUTE REGARDING DEPOSITION OF STEVEN FISHMAN** |
| v. | |
| HILL REDWOOD DEVELOPMENT, ET AL., | |
| Defendants. / | |

The Court is in receipt of Plaintiffs' August 2, 2010 letter brief requesting an order to compel the deposition of Mr. Steven Fishman on August 12, 2010 (Docket No. 106).

After reviewing Plaintiffs' letter brief and accompanying exhibit, the Court hereby orders that the parties shall meet and confer in a voice-to-voice communication today (August 3, 2010) to address all issues in dispute regarding the deposition of Mr. Fishman, including all of Plaintiffs' arguments for why his deposition must be taken no later than August 12, 2010.

If the matter is not resolved after a voice-to-voice meet and confer process, Defendants shall file a letter brief by the end of today (August 3, 2010) responding to Plaintiffs' August 2, 2010 letter brief. The matter will then be set for a telephonic hearing before this Court on August 4, 2010 at 1:00 p.m.

///

///

In the event of a telephonic hearing, the parties shall call (510) 637-3909 or (510) 637-2156 to make their appearances.

IT IS SO ORDERED.

Dated: August 3, 2010

_____
DONNA M. RYU
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Donna M. Ryu*

2