IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIESTE, LLC, et al., | No. C 09-04024 JSW |
| Plaintiffs, | **ORDER RE MOTION FOR ADMINISTRATIVE RELIEF** |
| v. | |
| HILL REDWOOD DEVELOPMENT, LTD., et al., | |
| Defendants. | |

The Court has received Defendants' Motion for Administrative Relief to Extend Fact Discovery Cut-Off to Allow for Discovery in Mexico, Date of Trial, and Related Pretrial Deadlines, which was filed on August 10, 2010. The Court has now issued its Order granting in part and denying in part Defendants' motion for leave to file a First Amended Counterclaim. In that Order, the Court stated that its decision was based, in part, on its willingness to grant a limited extension of impending deadlines.

A further case management conference is scheduled for August 27, 2010, and a joint case management conference statement is due on August 20, 2010. In light of the Court's ruling on the motion for leave to amend, the Court shall grant the parties one final opportunity to resolve their disputes regarding scheduling without court assistance. If they are unable to do so, Plaintiffs should submit their response to Defendant's administrative motion on August 20, 2010, and the parties need not include that dispute in the joint case management conference statement.

Accordingly, the parties are HEREBY ORDERED to take a deep breath and then to once again meet and confer *in person* to see if they can resolve their differences regarding the deadlines for: (1) fact discovery cut-off; (2) expert discovery and disclosure; (3) the deadline to *hear* dispositive motions, (4) pretrial; and (5) trial.   The Court notes that it has numerous cases on its docket and has expended a great deal of energy on this case merely to enable the parties to the reach a stage where the pleadings are at issue.  As such, the Court strongly encourages parties to expend their time and energy on more substantive matters and to reach an agreement on the proposed deadlines.

**IT IS SO ORDERED.**

Dated: August 11, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE