IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIESTE, LLC, et al., | No. C 09-04024 JSW |
|     Plaintiffs, | **ORDER VACATING HEARINGS** |
| v. | |
| HILL REDWOOD DEVELOPMENT, LTD., et al., | |
|     Defendants. | |
| AND RELATED COUNTERCLAIM | |
| _____/ | |

This matter is set for hearings on October 1, 2010 on Plaintiffs' Motion for Leave to File a Third Amended Complaint, and on October 8, 2010 on Plaintiffs' Motion to Dismiss Counterclaimants' First, Second, and Third Causes of Action and Motion to Strike. The Court finds these motions suitable for disposition without oral argument and VACATES both hearing dates. *See* N.D. Civ. L.R. 7-1(b). The Court shall issue an Order resolving the motions in due course.

**IT IS SO ORDERED.**

Dated: September 28, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE