UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VIESTE, LLC, ET AL.,           No. C-09-04024 JSW (DMR)

    Plaintiffs,         **ORDER TO MEET AND CONFER ON PLAINTIFF'S MOTION TO COMPEL**

    v.

HILL REDWOOD DEVELOPMENT, ET AL.,

    Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    The Court is in receipt of Plaintiffs' Motion to Compel Privilege Log Documents, noticed for hearing on November 4, 2010 at 11:00 a.m. *See* Docket No. 138.

    IT IS HEREBY ORDERED that the November 4, 2010 hearing date is VACATED. Lead trial counsel for the parties shall **meet and confer in person** in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612, no later than **October 19, 2010.** Counsel shall contact the undersigned's Courtroom Deputy, Ivy Garcia, at (510) 637-3639 to arrange a date and time for the meet-and-confer session.

    In the event that counsel are unable to resolve the matters at issue in the Motion, plaintiffs shall file an Amended Motion to Compel on any outstanding issues within **seven days** of the date of the meet-and-confer session. Thereafter, the Court shall issue a briefing schedule for the parties and

set a new hearing date on the motion if necessary.

IT IS SO ORDERED.

Dated: October 8, 2010



_____
DONNA M. RYU
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2