UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIESTE, LLC, ET AL., | No. C-09-04024 JSW (DMR) |
| Plaintiffs, | **ORDER SETTING HEARING DATE ON PLAINTIFFS' RENEWED MOTION TO COMPEL** |
| v. | |
| HILL REDWOOD DEVELOPMENT, ET AL., | |
| Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court is in receipt of Plaintiffs' Renewed Motion to Compel Documents Improperly Withheld As Privileged. *See* Docket No. 140. You are hereby notified that the hearing on the Motion to Compel is set for **November 17, 2010 at 1:30 p.m.**, in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The briefing schedule shall be as follows:

Any opposition to the Motion to Compel shall be filed by no later than **November 2, 2010.**

Any reply shall be filed by no later than **November 9, 2010.**

IT IS SO ORDERED.

Dated: October 25, 2010

_____
DONNA M. RYU
United States Magistrate Judge