1  Patricia L. Peden (CA 206440)
   LAW OFFICE OF PATRICIA L. PEDEN
2  1316 67th Street, Suite 6
   Emeryville, California 94608
3  Telephone: (510) 268-8033

4  Nicholas H. Patton (admitted pro hac vice)
   Robert W. Schroeder III (admitted pro hac vice)
5  Geoffrey P. Culbertson (admitted pro hac vice)
   PATTON, TIDWELL & SCHROEDER, L.L.P.
6  4605 Texas Boulevard
   Post Office Box 5398
7  Texarkana, Texas 75505-5398
   Telephone: (903) 792-7080
8  Facsimile: (903) 792-8233

9  Courtney Towle (CA 221698)
   PATTON, TIDWELL & SCHROEDER, L.L.P.
10 1316 67th Street
   Emeryville, CA 94608
11 Telephone:  (415) 939-2133

12 Attorneys for Plaintiffs
   VIESTE, LLC and VIESTE DEVELOPMENT, LLC
13

14 JASON A. GELLER  State Bar No. 168149
   DAVID P. NEMECEK, JR. State Bar No. 194402
15 DAVID P. BOROVSKY  State Bar No. 216588
   ARI A. BARUTH State Bar No. 258418
16 LONG & LEVIT LLP
   465 California Street, Suite 500
17 San Francisco, CA  94104
   TEL: (415) 397-2222   FAX: (415) 397-6392
18 jgeller@longlevit.com dnemecek@longlevit.com
   dborovsky@longlevit.com abaruth@longlevit.com
19

20 Attorneys for Defendants and Counterclaimants
   HILL REDWOOD DEVELOPMENT, LTD., HILL
21 INTERNATIONAL, INC., HILL INTERNATIONAL
   DEVELOPMENT, LTD., REDWOOD CAPITAL
22 ADVISORS, LLC, and Defendants STEPHEN
   GOODMAN, AND S. DICK SARGON
23

24                          UNITED STATES DISTRICT COURT

25                         NORTHERN DISTRICT OF CALIFORNIA

26                                SAN FRANCISCO DIVISION

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF AND ENTERING STIPULATED PROTECTIVE ORDER

| | |
|---|---|
| (1) VIESTE, LLC, an Indiana corporation; and<br>(2) VIESTE DEVELOPMENT, LLC; an Indiana corporation,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>(1) HILL REDWOOD DEVELOPMENT, LTD., a British Virgin Islands corporation;<br>(2) HILL INTERNATIONAL, INC., a Delaware corporation;<br>(3) HILL INTERNATIONAL DEVELOPMENT LTD., A British Virgin Islands corporation;<br>(4) REDWOOD CAPITAL ADVISORS, LLC, a Delaware corporation;<br>(5) STEPHEN GOODMAN, individually; and<br>(6) S. DICK SARGON, individually;<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE No. C09-04024 JSW<br><br>**ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF AND ENTERING STIPULATED PROTECTIVE ORDER** |

Plaintiffs and Defendants have jointly filed a Motion for Administrative Relief pursuant to Local Rule 7-11 seeking an order from this Court entering the Stipulated Protective Order that the parties have agreed upon for use in this matter, a copy of which is attached as <u>Exhibit A</u>.

The Court finds that good cause exists for the entry of the Stipulated Protective Order. Accordingly, the parties' Motion for Administrative Relief is hereby GRANTED. The Stipulated Protective Order is hereby entered for all purposes in this matter.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: <u>November 3</u>, 2010              By: _____
                                                                HON. DONNA M. RYU
                                                                U.S. DISTRICT COURT MAGISTRATE JUDGE

DOCS\S6805-004\582666.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF AND ENTERING STIPULATED PROTECTIVE ORDER