United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIESTE, LLC, ET AL., | No. C-09-04024 JSW (DMR) |
| Plaintiffs, | **ORDER REGARDING DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE** |
| v. | |
| HILL REDWOOD DEVELOPMENT, ET AL., | |
| Defendants. | |

The Court is in receipt of Defendants' Response to the Order to Show Cause as ordered by the Court's November 18, 2010 Order Granting Plaintiffs' Motion to Compel. *See* Docket Nos. 156 & 157. Defendants' Response to the Order to Show Cause indicates that the only remaining documents at issue are those referenced in entries 104-114 in Defendants' November 8, 2010 privilege log.

Having reviewed the redacted and unredacted versions of the documents referenced in entries 104-114 that were submitted to the Court for *in camera* review, the Court orders the following: Defendants need only produce the redacted versions of those documents referenced in entries 104-111 and 113-114 to Plaintiffs.

Regarding entry 112 (HRD 2893-2896), Defendants are ordered to produce a new redacted version of page HRD 2895, which un-redacts item number 2.2 on that page. Defendants shall produce the document to Plaintiffs by the end of the day on November 29, 2010.

IT IS SO ORDERED.

Dated: November 24, 2010

_____
DONNA M. RYU
United States Magistrate Judge

2