UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIESTE, LLC, ET AL., | No. C-09-04024 JSW (DMR) |
| Plaintiffs, | **ORDER SETTING HEARING DATE ON PLAINTIFFS' MOTION FOR SANCTIONS** |
| v. | |
| HILL REDWOOD DEVELOPMENT, ET AL., | |
| Defendants. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court is in receipt of Plaintiffs' Motion for Sanctions For Improper Certifications Pursuant to Fed. R. Civ. P. 26(g)(3) and Civ. L.R. 7-8 ("Motion for Sanctions"). *See* Docket No. 159. Please be advised that the previously-noticed hearing date of January 13, 2011 on the Motion for Sanctions has been vacated. You are hereby notified that the hearing on the Motion for Sanctions is set for **January 20, 2011 at 1:30 p.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars" link on left side, click link to Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing. The briefing schedule shall be as follows:

1  Any opposition to the Motion for Sanctions shall be filed by no later than **December 28,**
2  **2010.**
3  Any reply shall be filed by no later than **January 4, 2011.**
4  IT IS SO ORDERED.

6  Dated: December 14, 2010

   _____
   DONNA M. RYU
   United States Magistrate Judge

2