UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIESTE, LLC, ET AL., | No. C-09-04024 JSW (DMR) |
| Plaintiffs, | **ORDER RESETTING HEARING TIME ON PLAINTIFFS' MOTION FOR SANCTIONS** |
| v. | |
| HILL REDWOOD DEVELOPMENT, ET AL., | |
| Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Plaintiffs' Motion for Sanctions For Improper Certifications Pursuant to Fed. R. Civ. P. 26(g)(3) and Civ. L.R. 7-8 (Docket No. 159) previously set for January 20, 2011 at 1:30 p.m. before Magistrate Judge Donna M. Ryu has been **rescheduled** to **January 20, 2011 at 2:15 p.m.** before Magistrate Judge Ryu, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.

IT IS SO ORDERED.

Dated: January 13, 2011

_____
DONNA M. RYU
United States Magistrate Judge