JASON A. GELLER  State Bar No. 168149
DAVID P. NEMECEK, Jr.,  State Bar No. 194402
DAVID P. BOROVSKY  State Bar No. 216588
ARI A. BARUTH  State Bar No. 258148
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  94104
TEL: (415) 397-2222   FAX: (415) 397-6392
jgeller@longlevit.com / dborovsky@longlevit.com

Attorneys for Defendants and Counterclaimants
HILL REDWOOD DEVELOPMENT, LTD., HILL INTERNATIONAL, INC., HILL INTERNATIONAL DEVELOPMENT, LTD., REDWOOD CAPITAL ADVISORS, LLC, and Defendants STEPHEN GOODMAN, AND S. DICK SARGON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| (1)  VIESTE, LLC, an Indiana corporation; and<br>(2)  VIESTE DEVELOPMENT, LLC; an Indiana corporation,<br><br>                        Plaintiffs,<br><br>     vs.<br><br>(1)  HILL REDWOOD DEVELOPMENT, LTD., a British Virgin Islands corporation;<br>(2)  HILL INTERNATIONAL, INC., a Delaware corporation;<br>(3)  HILL INTERNATIONAL DEVELOPMENT LTD., A British Virgin Islands corporation;<br>(4)  REDWOOD CAPITAL ADVISORS, LLC, a Delaware corporation;<br>(5)  STEPHEN GOODMAN, individually; and<br>(6)  S. DICK SARGON, individually;<br><br>                        Defendants.<br><br>AND RELATED CROSS-CLAIMS. | CASE No. C09-04024 JSW<br><br>**STIPULATION AND ORDER GRANTING LEAVE TO CONDUCT CERTAIN DEPOSITIONS AFTER FACT DISCOVERY CUT-OFF** |

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

STIPULATION AND ORDER GRANTING LEAVE TO CONDUCT CERTAIN DEPOSITIONS

For good cause as detailed below, subject to the Court's approval, and to avoid unnecessary discovery motion practice, the undersigned parties hereby stipulate and agree to allow two depositions to be completed after the current fact discovery cut-off of February 15, 2011.

**WHEREAS:**

1. The current deadline to complete fact discovery is February 15, 2011, per Judge White's current Scheduling Order.

2. The parties have been working diligently to schedule a number of depositions, in various locations across the country, in advance of that deadline.

3. Despite the parties collective efforts, the parties have scheduling disputes with respect to three separate depositions: (1) the deposition of third-party witness Sanford Stein, currently noticed for February 14, 2011, in Chicago, Illinois; (2) the FRCP 30(b)(6) deposition of defendant Redwood Capital Advisors, LLC, currently noticed for February 14, 2011 in San Francisco, California; and (3) the FRCP 30(b)(6) deposition of defendant Hill Redwood Development, Ltd., currently noticed for February 15, 2011 in San Francisco, California.

4. Absent the relief sought herein from the Court, defendants anticipate filing a motion to quash the deposition subpoena issued to third-party witness Stein in the United States District Court, Northern District of Illinois due to, among other reasons, the unavailability of counsel to be present on the date and location chosen.

5. Absent the relief sought herein from the Court, defendants anticipate filing two motions for protective order to prevent the above FRCP 30(b)(6) depositions from proceeding as noticed, due to, among other reasons, the unavailability of the necessary witnesses to testify on the dates and locations chosen.

6. In order to avoid the need for the above-referenced motion practice, the parties have reached a stipulation that would allow the third-party Stein deposition to proceed as currently noticed (before the current fact discovery cut-off), and would allow the two above-referenced 30(b)(6) motions to proceed within a reasonable period of time (30 days) after the current fact discovery cut-off.

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

STIPULATION AND ORDER GRANTING LEAVE TO CONDUCT CERTAIN DEPOSITIONS

1    7. The parties seek the Court's approval of their stipulation, and request leave to
2  allow <u>only</u> the two above-referenced FRCP 30(b)(6) depositions to be completed after the current
3  fact discovery cutoff—but no later than March 17, 2011—or within a shorter time after the
4  current discovery cutoff within the Court's discretion.
5    8. No other changes to the Court's scheduling order are sought, nor do the parties
6  seek leave to conduct any other fact discovery after the current February 15, 2011 discovery cut-
7  off.

27  //
28  ///

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

STIPULATION AND ORDER GRANTING LEAVE TO CONDUCT CERTAIN DEPOSITIONS

**WHEREFORE, THE PARTIES STIPULATE AS FOLLOWS:**

1. The deposition of third-party witness Sanford Stein, currently noticed for February 14, 2011, in Chicago, Illinois, shall proceed as noticed. Defendants agree to allow plaintiffs not less than 1 ½ hours of time to cross-examine the witness.

2. The FRCP 30(b)(6) deposition of defendant Redwood Capital Advisors, LLC, currently noticed for February 14, 2011 in San Francisco, California shall be vacated, and shall take place on a date and time to be agreed upon by the parties, on a date no later than March 17, 2010. The parties agree that the deposition shall take place in San Francisco, California.

3. The FRCP 30(b)(6) deposition of defendant Hill Redwood Development, Ltd., currently noticed for February 15, 2011 in San Francisco, California shall be vacated, and shall take place on a date and time to be agreed upon by the parties, on a date no later than March 17, 2010. The parties agree that the deposition shall take place in San Francisco, California.

**IT IS SO STIPULATED**

DATED: February 10, 2011

Respectfully submitted,

_____/s/ with permission_____
PATRICIA L. PEDEN
LAW OFFICE OF PATRICIA L. PEDEN
Attorneys for Plaintiffs and Counter-Defendants
VIESTE, LLC and VIESTE DEVELOPMENT, LLC

DATED: February 10, 2011

_____
DAVID P. BOROVSKY
LONG & LEVIT LLP
Attorneys for Defendants and Counterclaimants
HILL REDWOOD DEVELOPMENT, LTD.,
HILL INTERNATIONAL, INC., HILL
INTERNATIONAL DEVELOPMENT, LTD.,
REDWOOD CAPITAL ADVISORS, LLC, and
Defendants STEPHEN GOODMAN, AND S.
DICK SARGON

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

3

STIPULATION AND ORDER GRANTING LEAVE TO CONDUCT CERTAIN DEPOSITIONS

**ORDER**

Good cause appearing for the stipulated relief requested above, the Court hereby orders:

1. The deposition of third-party witness Sanford Stein, currently noticed for February 14, 2011, in Chicago, Illinois, shall proceed as noticed. Defendants agree to allow plaintiffs not less than 1 ½ hours of time to cross-examine the witness.

2. The FRCP 30(b)(6) deposition of defendant Redwood Capital Advisors, LLC, currently noticed for February 14, 2011 in San Francisco, California shall be vacated, and shall take place on a date and time to be agreed upon by the parties, on a date no later than March 17, 2011. The parties agree that the deposition shall take place in San Francisco, California.

3. The FRCP 30(b)(6) deposition of defendant Hill Redwood Development, Ltd., currently noticed for February 15, 2011 in San Francisco, California shall be vacated, and shall take place on a date and time to be agreed upon by the parties, on a date no later than March 17, 2011. The parties agree that the deposition shall take place in San Francisco, California.

4. No other changes to the Court's scheduling order are made.

IT IS SO ORDERED.

Dated: 2/10/2011

Hon. DONNA M. RYU
United States Magistrate Judge

GRANTED
Judge Donna M. Ryu

DOCS\S6805-004\586184.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

4

STIPULATION AND ORDER GRANTING LEAVE TO CONDUCT CERTAIN DEPOSITIONS