Patricia L. Peden (CA 206440)
LAW OFFICE OF PATRICIA L. PEDEN
1316 67th Street, Suite 6
Emeryville, California 94608
Telephone: (510) 268-8033

Nicholas H. Patton (admitted pro hac vice)
Robert W. Schroeder III (admitted pro hac vice)
Geoffrey P. Culbertson (admitted pro hac vice)
PATTON, TIDWELL & SCHROEDER, L.L.P.
4605 Texas Boulevard
Post Office Box 5398
Texarkana, Texas 75505-5398
Telephone: (903) 792-7080
Facsimile: (903) 792-8233

Courtney Towle (CA 221698)
Patton, Tidwell & Schroeder, L.L.P.
1316 67th Street
Emeryville, CA 94608
Telephone: (415) 939-2133

Attorneys for Plaintiffs
VIESTE, LLC and VIESTE DEVELOPMENT, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

(1) VIESTE, LLC, an Indiana corporation; and
(2) VIESTE DEVELOPMENT, LLC; an Indiana corporation,
          Plaintiffs,
  v.

(1) HILL REDWOOD DEVELOPMENT, LTD., a British Virgin Islands corporation;
(2) HILL INTERNATIONAL, INC., a Delaware corporation;
(3) HILL INTERNATIONAL DEVELOPMENT LTD., a British Virgin Islands corporation;
(4) REDWOOD CAPITAL ADVISORS, LLC., a Delaware corporation;
(5) STEPHEN GOODMAN, individually; and
(6) S. DICK SARGON, individually;
          Defendants,

And related Counterclaim.

No. C 09-04024 JSW

**STIPULATION AND ORDER GRANTING LEAVE TO CONDUCT CERTAIN DEPOSITIONS AFTER MARCH 17, 2011**

For good cause as detailed below, subject to the Court's approval, and to avoid unnecessary discovery motion practice, the undersigned parties hereby stipulate and agree to allow two depositions to be completed after the current court ordered cut-off date of March 17, 2011.

**WHEREAS:**

1. On February 10, 2011 the parties jointly sought, and were granted, leave to conduct the Rule 30(b)(6) Depositions of Defendants Hill Redwood Development, Ltd. and Defendants Redwood Capital Advisors, LLC after the close of fact discovery but before March 17, 2011. See Dkt. Nos. 191 and 194.

2. Thereafter, the Court ordered the parties to meet and confer in an attempt to resolve a number of discovery disputes included in the parties' February 22, 2011 motions to compel. See Dkt. No. 213. The parties agreed to produce additional documents and provide amended discovery responses on or before March 11, 2011.

3. Despite their reasonable efforts, Defendants are unable to provide the additional discovery responses and produce the agreed-to documents by March 11, 2011. Thus, Plaintiffs will not have the discovery in time to proceed with the currently noticed HRD and RCA depositions.

4. Absent the relief sought herein from the Court, Plaintiffs anticipate they will need to file a motion to continue the depositions past the March 17, 2011 deadline.

6. In order to avoid the need for the above-referenced motion practice, the parties have reached a stipulation that would require both parties to provide amended discovery responses and produce the agreed-to documents on or before March 17, 2011 and would allow the RCA and HRD Rule 30(b)(6) depositions to proceed on or before April 8, 2011, or before another date if the Court should so order. The parties will be taking expert depositions the week of March 21, 2011 and Defendants' counsel has prior travel commitments the following week. Therefore, the parties request the Court allow up to and including April 8, 2011 for the completion of these depositions.

7. The parties seek the Court's approval of their stipulation, and request leave to allow the two above-referenced FRCP 30(b)(6) depositions to be completed on or before April 8,

2011.

8. No other changes to the Court's scheduling order are sought.

**WHEREFORE, THE PARTIES STIPULATE AS FOLLOWS:**

1. The parties will provide amended discovery responses and produce responsive documents as agreed during the March 3, 2011 conference on or before March 17, 2011.

2. The FRCP 30(b)(6) deposition of defendant Redwood Capital Advisors, LLC, currently noticed for March 14, 2011 in San Francisco, California shall be vacated, and shall be concluded by April 8, 2011 at a specific date and time to be agreed upon by the parties. The parties agree that the deposition shall take place in San Francisco, California.

3. The FRCP 30(b)(6) deposition of defendant Hill Redwood Development, Ltd., currently noticed for March 15, 2011 in San Francisco, California shall be vacated, and shall be concluded by April 8, 2011 at a specific date and time to be agreed upon by the parties. The parties agree that the deposition shall take place in San Francisco, California.

**IT IS SO STIPULATED**

DATED: March 11, 2011.

                    Respectfully submitted,

                    _____
                    PATRICIA L. PEDEN
                    LAW OFFICE OF PATRICIA L. PEDEN
                    Attorneys for Plaintiffs and Counter-Defendants
                    and Compulsory-counterclaim Plaintiffs
                    VIESTE, LLC and VIESTE DEVELOPMENT, LLC

                    _____
                    DAVID NEMECEK
                    LONG & LEVIT LLP
                    Attorneys for Defendants and Counterclaimants
                    HILL REDWOOD DEVELOPMENT, LTD., HILL INTERNATIONAL, INC., HILL INTERNATIONAL DEVELOPMENT, LTD., REDWOOD CAPITAL ADVISORS, LLC, and Defendants STEPHEN GOODMAN, AND S. DICK SARGON and compulsory counterclaims defendants, including Steven E. Fishman.

## **ORDER**

Good cause appearing for the stipulated relief requested above, the Court hereby orders:

1. The parties shall provide amended discovery responses and shall produce all responsive documents as agreed during the March 3, 2011 conference on or before March 17, 2011.

2. The FRCP 30(b)(6) deposition of defendant Redwood Capital Advisors, LLC, currently noticed for March 14, 2011 in San Francisco, California shall be vacated, and shall take place on or before April 8, 2011 at a specific date and time to be agreed upon by the parties. The parties agree that the deposition shall take place in San Francisco, California.

3. The FRCP 30(b)(6) deposition of defendant Hill Redwood Development, Ltd., currently noticed for March 15, 2011 in San Francisco, California shall be vacated, and shall take place on or before April 8, 2011 at a specific date and time to be agreed upon by the parties. The parties agree that the deposition shall take place in San Francisco, California. No other changes to the Court's scheduling order are made.

IT IS SO ORDERED.

Dated:   March 14, 2011

_____
Hon. DONNA M. RYU
United States Magistrate Judge