UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIESTE, LLC, ET AL., | No. C-09-04024 JSW (DMR) |
| Plaintiffs, | **ORDER TO MEET AND CONFER REGARDING PLAINTIFFS' REQUEST FOR LEAVE TO PRODUCE DOCUMENTS AFTER THE CLOSE OF FACT DISCOVERY** |
| v. | |
| HILL REDWOOD DEVELOPMENT, ET AL., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court is in receipt of Plaintiffs' letter brief seeking leave to produce documents from a third party after the close of fact discovery and Defendants' letter in response. *See* Docket Nos. 226, 227. It appears that the parties have not adequately engaged in thorough and meaningful meet and confer proceedings regarding the issue presented in Plaintiffs' letter, as required by this Court's February 22, 2011 Standing Order. Therefore, the parties are ordered to meet and confer regarding the dispute. If a dispute remains after the parties have met and conferred, the parties shall submit the dispute to the Court for resolution in the form of a joint letter pursuant to the procedure described in the February 22, 2011 Standing Order **by no later than March 30, 2011**.

IT IS SO ORDERED.

Dated: March 23, 2011



_____
DONNA M. RYU
United States Magistrate Judge