United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VIESTE, LLC, ET AL.,

        Plaintiffs,

   v.

HILL REDWOOD DEVELOPMENT, ET AL.,

        Defendants.
                                       /

No. C-09-04024 JSW (DMR)

**ORDER RE DEFENDANTS' APRIL 1, 2011 LETTER TO THE COURT RE DISCOVERY**

The Court is in receipt of Defendants' April 1, 2011 letter seeking leave to produce additional documents after the close of fact discovery and the Court-ordered March 21, 2011 deadline. *See* Docket No. 252. Plaintiffs are ordered to file a written response that does not exceed the length of Defendants' letter by no later than **April 12, 2011.**

IT IS SO ORDERED.

Dated: April 5, 2011

                                       
DONNA M. RYU
United States Magistrate Judge