UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIESTE, LLC, ET AL., | No. C-09-04024 JSW (DMR) |
| Plaintiffs, | **ORDER TO MEET AND CONFER REGARDING THE DEPOSITION OF DEFENDANT HILL REDWOOD DEVELOPMENT, LTD.** |
| v. | |
| HILL REDWOOD DEVELOPMENT, ET AL., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court is in receipt of the parties' individual letters regarding the Rule 30(b)(6) deposition of Defendant Hill Redwood Development, Ltd. *See* Docket Nos. 267, 268. The parties are ordered to meet and confer regarding the deposition. By no later than April 18, 2011, the parties shall submit a **joint letter and proposal** regarding the deposition, as previously ordered by the Court. *See* Docket No. 261. Failure to comply with this Order may result in sanctions.

IT IS SO ORDERED.

Dated: April 13, 2011

DONNA M. RYU
United States Magistrate Judge