IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIESTE, LLC, ET AL.,<br><br>    Plaintiffs,<br><br>  v.<br><br>HILL REDWOOD DEVELOPMENT, ET AL.,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS<br>_____/ | No. C 09-04024 JSW<br><br>**ORDER CONTINUING PRETRIAL FILING DEADLINE, PRETRIAL CONFERENCE AND TRIAL** |

In light of the fact that the parties' motions for summary judgment remain under submission pending the results of the Settlement Conference Scheduled for July 12, 2011 at 10:00 a.m. before Chief Magistrate Judge James, and in light of that settlement conference, the Court HEREBY CONTINUES the pretrial conference schedule for July 18, 2011 to September 6, 2011 at 2:00 p.m., and continues the trial scheduled for August 8, 2011 to October 3, 2011 at 8:00 a.m. The parties' joint pretrial filings will be due on August 22, 2011.

**IT IS SO ORDERED.**

Dated: June 14, 2011

                                                                          JEFFREY S. WHITE<br>
                                                                          UNITED STATES DISTRICT JUDGE