IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIESTE, LLC, ET AL., | |
| Plaintiffs, | No. C 09-04024 JSW |
| v. | **ORDER OF CONTINUANCE** |
| HILL REDWOOD DEVELOPMENT, ET AL., | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS / | |

Due to circumstances beyond the Court's control, the parties' motions for summary judgment remain under submission, and the deadline for submission of pretrial materials is August 22, 2011. In addition, Defendants filed a motion for bifurcation that is set for September 16, 2011, after the pretrial conference scheduled for September 6, 2011. Based on these circumstances, the Court finds that, in the interests of justice and for purposes of judicial economy, a further continuance of the pretrial conference and trial, as well as the associated deadlines for filing pretrial submissions is warranted. Accordingly, it is HEREBY ORDERED that the pretrial conference scheduled for September 6, 2011 is continued to February 6, 2012. The parties' pretrial filings shall be due on January 23, 2012. The trial scheduled for October 3, 2011, is continued to February 27, 2012.

**IT IS SO ORDERED.**

Dated: August 4, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE