IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VIESTE, LLC, ET AL.,

    Plaintiffs,

    v.

HILL REDWOOD DEVELOPMENT, ET AL.,

    Defendants.

AND RELATED COUNTERCLAIMS
    /

No. C 09-04024 JSW

**ORDER OF CLARIFICATION**

    The Court has received a telephone communication from Plaintiff's counsel seeking clarification of the Order of continuance issued this date. The parties are HEREBY ADVISED that all future requests for clarifications of this Court's Orders must be in writing. To set the parties' minds at ease, the Order entered on July 25, 2011 (Docket No. 366) is VACATED by the Court's Order continuing the deadline by which pretrial filings are due. If the parties wish to submit a similar stipulation in the future, they may do so.

    **IT IS SO ORDERED.**

Dated: August 4, 2011

                                     JEFFREY S. WHITE
                                     UNITED STATES DISTRICT JUDGE