JASON A. GELLER  State Bar No. 168149
FULTON SMITH, III State Bar No. 121071
DANIEL J. CRAWFORD State Bar No. 126584
JUAN C. ARANEDA State Bar No. 213041
**MECKLER BULGER TILSON MARICK & PEARSON LLP**
575 Market Street, Suite 2200
San Francisco, CA  94105
TEL: (415) 644-0914   FAX: (415) 644-0978
Email:   jason.geller@mbtlaw.com /juan.araneda@mbtlaw.com /
daniel.crawford@mbtlaw.com /fulton.smith@mbtlaw.com

Attorneys for Defendants and Counterclaimants
HILL REDWOOD DEVELOPMENT, LTD., HILL INTERNATIONAL, INC., HILL INTERNATIONAL DEVELOPMENT LTD., REDWOOD CAPITAL ADVISORS, LLC, and Defendants STEPHEN GOODMAN, and S. DICK SARGON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| (1) VIESTE, LLC, an Indiana corporation; and,<br>(2) VIESTE DEVELOPMENT, LLC; an Indiana corporation,<br><br>              Plaintiffs,<br>        v.<br><br>(1) HILL REDWOOD DEVELOPMENT, LTD., a British Virgin Islands corporation;<br>(2) HILL INTERNATIONAL, INC., a Delaware corporation;<br>(3) HILL INTERNATIONAL DEVELOPMENT LTD., a British Virgin Islands corporation;<br>(4) REDWOOD CAPITAL ADVISORS, LLC, a Delaware corporation;<br>(5) STEPHEN GOODMAN, individually; and<br>(6) S. DICK SARGON, individually;<br><br>              Defendants. | Case No. C09-04024 JSW<br><br>**STIPULATION TO FEBRUARY 10, 2012 SETTLEMENT CONFERENCE**<br><br>**Date:**          **February 10, 2012**<br>**Time:**          **10:00 A.M.**<br>**MSC Judge:**   **Judge James**<br><br>**Trial Date:** February 27, 2012 |

**STIPULATION TO FEBRUARY 10, 2012 SETTLEMENT CONFERENCE**

1  On November 30, 2011, the Court ordered the parties to participate in a settlement conference before the Honorable Chief Magistrate Judge James. Dkt. 384. Having met and conferred, and consulted with Chief Magistrate James' chambers on available dates and times, the parties hereby agree and stipulate to participating in a settlement conference before Judge James on February 10, 2012, starting at 10:00 A.M.

IT IS SO STIPULATED.

Dated:  December 9, 2011          LAW OFFICES OF PATRICIA L. PEDEN

                                  By    */s/*Patricia L. Peden
                                        PATRICIA L. PEDEN
                                        Attorneys for Plaintiffs
                                        VIESTE, LLC and VIESTE DEVELOPMENT, LLC


Dated:  December 9, 2011          MECKLER BULGER TILSON MARICK & PEARSON, LLP

                                  By    */s/*Fulton M. Smith
                                        FULTON M. SMITH
                                        Attorneys for Defendants and Counterclaimants
                                        HILL REDWOOD DEVELOPMENT, LTD.,
                                        HILL INTERNATIONAL, INC., HILL
                                        INTERNATIONAL DEVELOPMENT LTD.,
                                        REDWOOD CAPITAL ADVISORS, LLC, and
                                        Defendants STEPHEN GOODMAN, and S.
                                        DICK SARGON

Dated:  December 9, 2011

2377v.1

GRANTED

Judge Maria-Elena James

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

1

**STIPULATION TO FEBRUARY 10, 2012 SETTLEMENT CONFERENCE**