IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIESTE, LLC, ET AL., | |
|     Plaintiffs, | No. C 09-04024 JSW |
|     v. | **ORDER SETTING BRIEFING SCHEDULE AND VACATING HEARING DATE** |
| HILL REDWOOD DEVELOPMENT, ET AL., | |
|     Defendants. | |
| AND RELATED COUNTERCLAIMS | |

On December 16, 2011, Plaintiffs filed a motion to clarify the Court's summary judgment order, which is noticed for hearing on February 3, 2012. When Plaintiffs filed the motion, they entered the opposition and reply dates incorrectly on the docket. Given the upcoming holidays, the Court issues this Order to set a briefing schedule on the motion, and to advise the parties that it shall resolve the motion on the papers. Accordingly, the hearing set for February 3, 2012 is VACATED. Defendants' opposition is due on January 6, 2012, and Plaintiffs' reply is due on January 13, 2012.

**IT IS SO ORDERED.**

Dated: December 19, 2011

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE