Patricia L. Peden (CA 206440)
LAW OFFICE OF PATRICIA L. PEDEN
1316 67th Street, Suite 6
Emeryville, California 94608
Telephone: (510) 268-8033

Nicholas H. Patton (admitted pro hac vice)
Geoffrey P. Culbertson (admitted pro hac vice)
PATTON, TIDWELL & SCHROEDER, L.L.P.
4605 Texas Boulevard
Post Office Box 5398
Texarkana, Texas 75505-5398
Telephone: (903) 792-7080
Facsimile: (903) 792-8233

Courtney Towle (CA 221698)
PATTON, TIDWELL & SCHROEDER, L.L.P.
1316 67th Street
Emeryville, CA 94608
Telephone: (415) 939-2133

Attorneys for Plaintiffs
VIESTE, LLC and VIESTE DEVELOPMENT, LLC

Daniel J Crawford
Fulton M. Smith III
David P. Borovsky
Juan C. Araneda
Jason A. Geller
MECKLER BULGER TILSON MARICK & PEARSON LLP
575 Market Street
22nd Floor
San Francisco, CA 94105
Telephone: (415) 644-0914
Facsimile: (415) 644-0978

Attorneys for Defendants and Counterclaimants
HILL REDWOOD DEVELOPMENT, LTD., HILL INTERNATIONAL, INC., HILL INTERNATIONAL DEVELOPMENT, LTD., REDWOOD CAPITAL ADVISORS, LLC, and Defendants STEPHEN GOODMAN, and S. DICK SARGON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| (1) VIESTE, LLC, an Indiana corporation; and <br> (2) VIESTE DEVELOPMENT, LLC; an Indiana corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> (1) HILL REDWOOD DEVELOPMENT, LTD., a British Virgin Islands corporation; <br> (2) HILL INTERNATIONAL, INC., a Delaware corporation; <br> (3) HILL INTERNATIONAL DEVELOPMENT LTD., A British Virgin Islands corporation; <br> (4) REDWOOD CAPITAL ADVISORS, LLC, a Delaware corporation; <br> (5) STEPHEN GOODMAN, individually; and <br> (6) S. DICK SARGON, individually; <br><br> Defendants. <br><br> AND RELATED CROSS-CLAIMS. | No. C09-04024 JSW (DMR) <br><br> **STIPULATION AND** ~~**PROPOSED**~~ **ORDER SETTING DATES FOR PRE-TRIAL SUBMISSIONS** |

For good cause as detailed below, subject to the Court's approval, and to aid in the efficient preparation of the pretrial filings required by this Court's Standing Order for Final Pretrial Conference in Civil Jury Cases, the undersigned parties hereby stipulate and agree to the following schedule for exchanging the required pre-trial submissions. By and through this Administrative Motion, the parties ask the Court to enter an order setting the following deadlines.

**THE PARTIES STIPULATE AS FOLLOWS:**

1. On December 28, 2011, the parties will exchange (1) exhibit lists, including excerpts of interrogatory responses and requests for admissions; (2) deposition designations for testimony to be offered in their case-in-chief; (3) and proposed jury instructions.

2. On January 4, 2012, the parties will exchange (1) a description of the substance of the claims and defenses; (2) the statement of relief sought; (3) objections to the others' proposed exhibit list; and (4) an identification of disputed jury instructions.

3. On January 6, 2012, the parties will exchange (1) lists of witnesses expected to appear at trial; (2) objections to deposition designations; (3) counter designations to deposition designations; (4) a statement of issues before the court; (5) a simplified one-page statement of the case to be used during voir dire and jury instructions; (6) proposed voir dire questions; and (7) special verdict forms.

4. No later than January 9, 2012, the parties shall meet and confer regarding disputed jury instructions.

5. On January 10, 2012, the parties will exchange (1) proposed stipulated facts; (2) a list of factual issues that remain to be tried; (3) responses to the objections to the proposed exhibit lists; and (4) responses to objections to deposition designations.

6. On January 12, 2012, the parties shall exchange (1) objections to counter-designations of depositions; and (2) motions in support of disputed jury instructions.

7. No later than January 13, 2012, the parties shall meet and confer, in person, regarding the proposed (1) description of the substance of the claims and defenses; (2) the statement of relief sought; (3) stipulated facts; (4) the exhibit list; (5) deposition designations and counter-designations; (6) the statement of issues before the court; (7) the simplified one-page statement of the case to be used during voir dire and jury instructions; (8) voir dire questions; and (9) the special verdict form.

8. On January 13, 2012, the parties shall exchange motions in limine.

9. On January 20, 2012, the parties shall exchange (1) briefs in opposition to disputed jury instructions; and (2) briefs in opposition to motions in limine.

10. The parties agree and stipulate to treat the deadlines listed above as filing deadlines. Thus, the parties ask the Court to enter this stipulation as part of the Scheduling Order in this case.

No amendments or changes to any submission shall be allowed except by written mutual consent of the parties or by order of the Court.

11. No other changes to the Court's Scheduling Order are sought.

**IT IS SO STIPULATED**

DATED: December 21, 2011.

                 Respectfully submitted,

                 */s/ Patricia L. Peden*
                 PATRICIA L. PEDEN
                 LAW OFFICE OF PATRICIA L. PEDEN
                 Attorneys for Plaintiffs and Counter-Defendants and Compulsory-counterclaim Plaintiffs
                 VIESTE, LLC and VIESTE DEVELOPMENT, LLC

                 */s/ Fulton M. Smith II*
                 DANIEL J. CRAWFORD
                 FULTON M. SMITH III
                 JUAN C. ARANEDA
                 JASON GELLER
                 MECKLER BULGER TILSON MARICK & PEARSON LLP

                 Attorneys for Defendants and Counterclaimants
                 HILL REDWOOD DEVELOPMENT, LTD., HILL INTERNATIONAL, INC., HILL INTERNATIONAL DEVELOPMENT, LTD., REDWOOD CAPITAL ADVISORS, LLC, and Defendants STEPHEN GOODMAN, AND S. DICK SARGON and compulsory counterclaims defendants.

[~~PROPOSED~~] ORDER

Good cause appearing for the stipulated relief requested above, the Court hereby orders:

The parties have entered into a stipulation setting deadlines for the exchange of pretrial submissions, and having been requested by the parties to include the stipulated dates as part of the Court's Scheduling Order, the Court hereby sets the following dates for the exchange of pre-trial submissions:

1. On December 28, 2011 the parties will exchange (1) exhibit lists, including excerpts of interrogatory responses and requests for admissions; (2) deposition designations for testimony to be offered in their case-in-chief; and (3) proposed jury instructions.

2. On January 4, 2012, the parties will exchange (1) a description of the substance of the claims and defenses; (2) the statement of relief sought; (3) objections to the others' proposed exhibit list; and (4) an identification of disputed jury instructions.

3. On January 6, 2012, the parties will exchange (1) lists of witnesses expected to appear at trial; (2) objections to deposition designations; (3) counter designations to deposition designations; (4) a statement of issues before the court; (5) a simplified one-page statement of the case to be used during voir dire and jury instructions; (6) proposed voir dire questions; and (7) special verdict forms.

4. No later than January 9, 2012, the parties shall meet and confer regarding disputed jury instructions.

5. On January 10, 2012, the parties will exchange (1) proposed stipulated facts; (2) a list of factual issues that remain to be tried; (3) responses to the objections to the proposed exhibit lists; and (4) responses to objections to deposition designations.

6. On January 12, 2012, the parties shall exchange (1) objections to counter-designations of depositions; and (2) motions in support of disputed jury instructions.

7. No later than January 13, 2012, the parties shall meet and confer, in person, regarding the proposed (1) description of the substance of the claims and defenses; (2) the statement of relief sought; (3) stipulated facts; (4) the exhibit list; (5) deposition designations and counter-

designations; (6) the statement of issues before the court; (7) the simplified one-page statement of the case to be used during voir dire and jury instructions; (8) voir dire questions; and (9) the special verdict form.

8. On January 13, 2012, the parties shall exchange motions in limine.

9. On January 20, 2012, the parties shall exchange (1) briefs in opposition to disputed jury instructions; and (2) briefs in opposition to motions in limine.

10. No amendments or changes to any submission shall be allowed except by written mutual consent of the parties or by order of the Court.

11. There are no other changes to the Court's Scheduling Order

**The Court appreciates the parties' ability to cooperate on this schedule.**

IT IS SO ORDERED.

Dated: December 22, 2011

Hon. Jeffrey S. White
United States District Court Judge