UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIESTE, LLC, ET AL., | No. C-09-04024 JSW (DMR) |
| Plaintiffs, | **ORDER DENYING DEFENDANTS' RENEWED ADMINISTRATIVE MOTION TO DESIGNATE REBUTTAL EXPERT** |
| v. | |
| HILL REDWOOD DEVELOPMENT, ET AL., | |
| Defendants. | |

The court has reviewed Defendants' Renewed Motion for Administrative Relief to Disclose Rebuttal Expert Testimony and From Discovery Deadlines, and Plaintiffs' opposition thereto. [Docket Nos. 389, 395.] This matter may be determined without oral argument pursuant to Civil L.R. 7-1(b).

Defendants' renewed motion seeks leave to disclose a rebuttal expert on the topic of alter ego.[1] On June 30, 2011, the court denied Defendants' original request without prejudice, pending the outcome of the motions for summary judgment and a July 2011 settlement conference. Judge White issued orders on the parties' cross motions for summary judgment on November 28, 2011. [Docket Nos. 379 and 380.] Although it appears that Defendants retained their expert in May or

---

[1] Given that the question of whether to pierce the corporate veil ultimately will be decided by Judge White rather than the jury (*see* Docket No. 383), it remains unclear whether Judge White will even allow expert testimony on alter ego.

June 2011, they did not renew their request until recently. Defendants have yet to reveal the name of the expert to Plaintiffs or provide them with an expert report.

Defendants' renewed request comes too late. This case is simply too close to trial for the parties to engage in further expert disclosure and attendant discovery. The matter is set for a February 27, 2012 jury trial. At the parties' request, Judge White issued a detailed order regarding significant pretrial submissions this month, in advance of the February 6, 2012 pretrial conference. Further expert development would disrupt this schedule and jeopardize the trial judge's ability to convene a useful pretrial conference.

IT IS SO ORDERED.

Dated: January 3, 2012

DONNA M. RYU
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2