Jason Geller, SBN 168149
Fulton M. Smith III, SBN 121071
**MECKLER BULGER TILSON MARICK PEARSON LLP**
575 Market Street, Suite 2200
San Francisco, California 94105
Tel: 415-644-0914  Fax: 415-644-0978

Attorneys for Defendants
HILL REDWOOD DEVELOPMENT, LTD., HILL INTERNATIONAL, INC., HILL INTERNATIONAL DEVELOPMENT LTD., REDWOOD CAPITAL ADVISORS, LLC, STEPHEN GOODMAN, and S. DICK SARGON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| (1) VIESTE, LLC, an Indiana corporation; and,<br>(2) VIESTE DEVELOPMENT, LLC; an Indiana corporation,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>(1) HILL REDWOOD DEVELOPMENT, LTD., a British Virgin Islands corporation;<br>(2) HILL INTERNATIONAL, INC., a Delaware corporation;<br>(3) HILL INTERNATIONAL DEVELOPMENT LTD., a British Virgin Islands corporation;<br>(4) REDWOOD CAPITAL ADVISORS, LLC, a Delaware corporation;<br>(5) STEPHEN GOODMAN, individually; and<br>(6) S. DICK SARGON, individually;<br><br>　　　　　　　　Defendants.<br><br>AND RELATED COUNTER-CLAIM. | Case No. C09-04024 JSW<br><br>[PROPOSED] OPRDER STRIKING PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESIMONY (DKT. 398)<br><br>Date:　　　　　TBA<br>Time:　　　　　TBA<br><br>Final Pre-trial Conf:　February 6, 2012<br>Time:　　　　　2:00 PM<br>Location:　　　Courtroom 11<br><br>Trial Date:　　February 27, 2012<br>Time:　　　　　8:00 AM<br>Location:　　　Courtroom 11<br>Judge:　　　　Hon. Jeffrey S. White |

1

Case No. C09-04024 JSW

[PROPOSED] OPRDER STRIKING PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESIMONY (DKT. 398)

Pursuant to this Court's standing order and the parties' stipulation and Court order (Dkt. 393 and 394 at 3:22), and plaintiffs' motion to exclude the expert testimony of David Zehnder (Dkt. 398), and defendants' motion to strike plaintiffs' motion, and for good cause shown:

The Court strikes plaintiffs' motion to exclude the expert testimony of David Zehnder (Dkt. 398). This order is without prejudice for plaintiffs to serve their motion consistent with the procedures set forth in Court's standing order and the order and stipulation governing motions in limine in this action (Dkt. 394). **If Plaintiffs require additional pages to brief the motion, they should submit a request to the Court demonstrating good cause for the excess pages.**

IT IS SO ORDERED.

Dated: January 11, 2012

_____
Hon. Jeffrey S. White
United States District Court
by Chief Judge James Ware

2  Case No. C09-04024 JSW
[PROPOSED] ORDER STRIKING PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESIMONY
(DKT. 398)