Patricia L. Peden (CA 206440)
LAW OFFICE OF PATRICIA L. PEDEN
1316 67th Street, Suite 6
Emeryville, California 94608
Telephone: (510) 268-8033

Nicholas H. Patton (admitted pro hac vice)
Robert W. Schroeder III (admitted pro hac vice)
Geoffrey P. Culbertson (admitted pro hac vice)
PATTON, TIDWELL & SCHROEDER, L.L.P.
4605 Texas Boulevard
Post Office Box 5398
Texarkana, Texas 75505-5398
Telephone: (903) 792-7080
Facsimile: (903) 792-8233

Courtney Towle (CA 221698)
Patton, Tidwell & Schroeder, L.L.P.
1316 67th Street
Emeryville, CA 94608
Telephone: (415) 939-2133

Attorneys for Plaintiffs
VIESTE, LLC and VIESTE DEVELOPMENT, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

(1) VIESTE, LLC, an Indiana corporation; and
(2) VIESTE DEVELOPMENT, LLC; an Indiana corporation,
    Plaintiffs,
 v.
(1) HILL REDWOOD DEVELOPMENT, LTD., a British Virgin Islands corporation;
(2) HILL INTERNATIONAL, INC., a Delaware corporation;
(3) HILL INTERNATIONAL DEVELOPMENT LTD., a British Virgin Islands corporation;
(4) REDWOOD CAPITAL ADVISORS, LLC., a Delaware corporation;
(5) STEPHEN GOODMAN, individually; and
(6) S. DICK SARGON, individually;
    Defendants,
_____

And related Counterclaim.

**No. C 09-04024 JSW**

[Proposed] **Order Granting Joint Motion for Administrative Relief Vacating and Resetting Status Conference**

1  Good cause appearing, the Court hereby orders:

2  The status conference set for April 6, 2012 is hereby VACATED;

3  The case is hereby SET for a status conference on April 27, 2012 at 1:30 p.m.

4

5  IT IS SO ORDERED.

6  April 3, 2012

7  _____
   Jeffrey S. White
8  United States District Judge

[Proposed] Order Granting Joint Motion for Administrative Relief Vacating and Resetting Status Conference – Page 1