1    Patricia L. Peden (CA 206440)
LAW OFFICE OF PATRICIA L. PEDEN
2    1316 67th Street, Suite 6
3    Emeryville, California 94608
Telephone: (510) 268-8033

4    Nicholas H. Patton (admitted pro hac vice)
5    Robert W. Schroeder III (admitted pro hac vice)
Geoffrey P. Culbertson (admitted pro hac vice)
6    PATTON, TIDWELL & SCHROEDER, L.L.P.
4605 Texas Boulevard
7    Post Office Box 5398
8    Texarkana, Texas 75505-5398
Telephone: (903) 792-7080
9    Facsimile: (903) 792-8233

10    Courtney Towle (CA 221698)
Patton, Tidwell & Schroeder, L.L.P.
11    1316 67th Street
Emeryville, CA 94608
12    Telephone:  (415) 939-2133

13    Attorneys for Plaintiffs
VIESTE, LLC and VIESTE DEVELOPMENT, LLC
14

15            UNITED STATES DISTRICT COURT
16         NORTHERN DISTRICT OF CALIFORNIA
            SAN FRANCISCO DIVISION
17

18    (1)  VIESTE, LLC, an Indiana corporation; and
(2)  VIESTE DEVELOPMENT, LLC; an
19         Indiana corporation,
              Plaintiffs,
20        v.

21    (1)  HILL REDWOOD DEVELOPMENT,
       LTD., a British Virgin Islands corporation;
22    (2)  HILL INTERNATIONAL, INC., a
       Delaware corporation;
23    (3)  HILL INTERNATIONAL
       DEVELOPMENT LTD., a British Virgin
24        Islands corporation;
(4)  REDWOOD CAPITAL ADVISORS,
25        LLC., a Delaware corporation;
(5)  STEPHEN GOODMAN, individually; and
26    (6)  S. DICK SARGON, individually;
              Defendants,

27    And related Counterclaim.
28

**No.  C 09-04024 JSW**

~~[Proposed]~~ **Order Granting Joint Motion for Administrative Relief Vacating and Resetting Status Conference**

Good cause appearing, the Court hereby orders:

The status conference set for April 6, 2012 is hereby VACATED;

The case is hereby SET for a status conference on April 27, 2012 at 1:30 p.m.

 IT IS SO ORDERED.

April 3, 2012

_____

Jeffrey S. White
United States District Judge