**United States District Court**
For the Northern District of California

1
2
3
4          IN THE UNITED STATES DISTRICT COURT
5
6          FOR THE NORTHERN DISTRICT OF CALIFORNIA
7    VIESTE, LLC, ET AL.,
8              Plaintiffs,                          No.  C 09-04024 JSW
9      v.                                           **ORDER REQUIRING *JOINT* STATUS CONFERENCE STATEMENT**
10   HILL REDWOOD DEVELOPMENT, ET AL.,
11             Defendants.
12   AND RELATED COUNTERCLAIMS
13   _____/
14         The Court has read and considered Defendants' Case Management Statement.  It is
15   HEREBY ORDERED that the parties shall submit a *Joint* Status Report to the Court by 4:00
16   p.m. on April 25, 2012.
17         **IT IS SO ORDERED.**
18   Dated:   April 23, 2012                    _____
19                                              JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE
20
21
22
23
24
25
26
27
28