IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIESTE, LLC, ET AL., | |
| Plaintiffs, | No. C 09-04024 JSW |
| v. | **ORDER REQUIRING *JOINT* STATUS CONFERENCE STATEMENT** |
| HILL REDWOOD DEVELOPMENT, ET AL., | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

The Court has read and considered Defendants' Case Management Statement. It is HEREBY ORDERED that the parties shall submit a *Joint* Status Report to the Court by 4:00 p.m. on April 25, 2012.

**IT IS SO ORDERED.**

Dated: April 23, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE