Patricia L. Peden (CA 206440)
LAW OFFICE OF PATRICIA L. PEDEN
1316 67th Street, Suite 6
Emeryville, California 94608
Telephone: (510) 268-8033

Nicholas H. Patton (admitted pro hac vice)
Robert W. Schroeder III (admitted pro hac vice)
Geoffrey P. Culbertson (admitted pro hac vice)
PATTON, TIDWELL & SCHROEDER, L.L.P.
4605 Texas Boulevard
Post Office Box 5398
Texarkana, Texas 75505-5398
Telephone: (903) 792-7080
Facsimile: (903) 792-8233

Courtney Towle (CA 221698)
Patton, Tidwell & Schroeder, L.L.P.
1316 67th Street
Emeryville, CA 94608
Telephone: (415) 939-2133

Attorneys for Plaintiffs
VIESTE, LLC and VIESTE DEVELOPMENT, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

(1) VIESTE, LLC, an Indiana corporation; and
(2) VIESTE DEVELOPMENT, LLC; an Indiana corporation,
          Plaintiffs,
  v.
(1) HILL REDWOOD DEVELOPMENT, LTD., a British Virgin Islands corporation;
(2) HILL INTERNATIONAL, INC., a Delaware corporation;
(3) HILL INTERNATIONAL DEVELOPMENT LTD., a British Virgin Islands corporation;
(4) REDWOOD CAPITAL ADVISORS, LLC., a Delaware corporation;
(5) STEPHEN GOODMAN, individually; and
(6) S. DICK SARGON, individually;
          Defendants,

And related Counterclaim.

No. C 09-04024 JSW

[PROPOSED] ORDER GRANTING DISMISSAL AS MODIFIED AND DIRECTING CLERK TO CLOSE FILE

1  COME NOW all parties to the above-styled case informing the Court that the matter has
2  hereby been resolved pursuant to terms of a settlement agreement.

   IT APPEARING to the Court that the matter has been settled, counsel for all parties having so advised the Court, it is ORDERED that the case be, and it is hereby, dismissed with prejudice, subject to the terms of the settlement agreement.

   The Court retains jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically. **If the parties seek to re-open, they must be able to establish this Court has subject matter jurisdiction over any such dispute.**

   **The status conference scheduled for April 27, 2012 is VACATED.**

   IT IS SO ORDERED.  The Clerk shall close this file.

   April 24, 2012

   _____
   Jeffrey S. White
   United States District Judge

[Proposed] Order Granting Dismissal– Page 1